Mary V. Love, as Administratrix of the Estate of Timothy A. Love, Appellant, *v.* The Baltimore and Ohio Railroad Company, Respondent.

Argued November 24, 1936; decided December 31, 1936.

*John Van Voorhis* for appellant.

*William C. Combs* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and new trial granted, with costs to abide the event. We are of the opinion that the evidence presented a question of fact for the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.